IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00758-BNB

KEVIN LEE FULLER,

      Plaintiff,

v.

OFFICER PAT MEESTER, Arvada Police Dept.,
OFF. [sic] ERIC KELLOGG, Arvada Police Dept.,
SGT. ERIC STRASHEIM, Arvade [sic] Police Dept.,
DISTRICT ATTORNEY'S OFFICE JEFFERSON COUNTY,
JEFFERSON COUNTY SHERIFF'S OFFICE DETENTION FACILITY, and
JEFFERSON COUNTY MEDICAL SERVICES,

      Defendants.

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

On May 15, 2006, this Court entered an order granting Plaintiff Kevin Lee Fuller leave to proceed pursuant to 28 U.S.C. § 1915 (Supp. 2006) without payment of an initial partial filing fee. At the time Mr. Fuller initiated the instant action he was incarcerated at the Jefferson County Detention Facility in Golden, Colorado. Although Mr. Fuller was a prisoner when he initiated this action, he apparently has since been released from custody.

Mr. Fuller's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison*

*Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Fuller will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $350.00 filing fee. Accordingly, it is

ORDERED that Mr. Fuller submit **within thirty (30) days from the date of this order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the amended motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Fuller, together with a copy of this order, two copies of the following form for use in submitting the amended motion: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Fuller fails to submit **within thirty (30) days from the date of this order** an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or to pay the $350.00 filing

fee, the action will be dismissed without prejudice and without further notice.

DATED June 12, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00758-BNB

Kevin L. Fuller
Prisoner No. 151850
Jeffco Action Center, Inc
P.O. Box 150609
Lakewood, CO 80215

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 6-12-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk